Charles H. SMITH, Plaintiff–Appellant,

v.

Robert C. LEWIS; Alvin W. Keller, Jr.; Faye Daniels, Defendants–Appellees,

and

N.C. Department of Corrections, Defendant.

No. 13–7206.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 27, 2013.

Decided: Jan. 10, 2014.

Charles H. Smith, Appellant Pro Se. Kimberly D. Grande, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before KING, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Henry Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Lewis*, No. 5:12–ct–03013–FL (E.D.N.C. July 19, 2013). We deny the motion for appointment of counsel and dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*